IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| AMANDA CARROLL<br>Plaintiff, | ) ) ) ) | Case No. 4:07-cv-00251 |
| v. | ) ) ) | MOTION TO DISMISS WITH<br>PREJUDICE |
| PAYTEK SOLUTIONS, L.L.C.<br>Defendant. | ) ) ) ) | |

**COMES NOW**, the Plaintiff, Amanda Carroll, by and through the undersigned attorney, and hereby dismisses the above-entitled action with prejudice.

MARKS LAW FIRM, P.C.

/s/ Samuel Z. Marks
Samuel Z. Marks IS9998821
4225 University Avenue
Des Moines, Iowa 50311
(515) 276-7211
FAX  (515) 276-6280
ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of April 2008 this document was filed electronically in the United States District Court for the Southern of Iowa and the same was mailed to the following:

Steven C. Reed
1741 Grand Avenue
West Des Moines, IA 50265

Angela Y. Gruber-Gardner